**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se        _____As counsel for:   _____
                                          Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant

_____Appellant    _____Appellee     _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant     _____Respondent or appellee

My address and telephone are:

Name:              _____
Law firm:          _____
Address:           _____
City, State and ZIP: _____
Telephone:         _____
Fax #:             _____
E-mail address:    _____

Statement to be completed by counsel only (select one):

_____  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes   _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

   April 30, 2014                          /s/ Jonathan Hangartner
       Date                              Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 1, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Jonathan Hangartner | /s/ Jonathan Hangartner |
| Name of Counsel | Signature of Counsel |

Law Firm:            X-Patents, APC

Address:             5670 La Jolla Boulevard

City, State, ZIP:    La Jolla, CA  92037

Telephone Number:    858-454-4313

FAX Number:          848-454-4314

E-mail Address:      jon@x-patents.com