NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## CATHETER CONNECTIONS, INC., A DELAWARE CORPORATION,
*Plaintiff-Appellee,*

**v.**

## IVERA MEDICAL CORPORATION, A CALIFORNIA CORPORATION,
*Defendant-Appellant.*

———————————

2014-1443

———————————

Appeal from the United States District Court for the District of Utah in No. 2:14-cv-00070-TC, Senior Judge Tena Campbell.

———————————

**ON MOTION**

———————————

Before RADER, *Chief Judge*, NEWMAN and HUGHES, *Circuit Judges*.

NEWMAN, *Circuit Judge*.

# O R D E R

2                    CATHETER CONNECTIONS v. IVERA MEDICAL

Ivera Medical Corp. submits a motion for a stay of the district court's preliminary injunction. Catheter Connections opposes.

Rule 8(a)(1)(C)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant a stay of an injunction pending appeal. Our determination is governed by four factors: (1) whether the stay applicant had made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent relief; (3) whether issuance of the order will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill,* 481 U.S. 770, 776 (1987).

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we conclude that Ivera has not met the standards for a stay of the preliminary injunction pending appeal.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30