NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**CATHETER CONNECTIONS, A DELAWARE CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**IVERA MEDICAL, A CALIFORNIA CORPORATION,**
*Defendant-Appellant.*

───────────────

2014-1443

───────────────

Appeal from the United States District Court for the District of Utah in No. 2:14-cv-00070-TC, Senior Judge Tena Campbell.

───────────────

**ON MOTION**

───────────────

**O R D E R**

Catheter Connections moves for a 52-day extension of time, until October 6, 2014, to file its response brief. Ivera Medical Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

2                    CATHETER CONNECTIONS v. IVERA MEDICAL


The motion is granted. No further extensions should be anticipated.

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30