NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CATHETER CONNECTIONS, A DELAWARE CORPORATION,**
*Plaintiff-Appellee*

v.

**IVERA MEDICAL, A CALIFORNIA CORPORATION,**
*Defendant-Appellant*

2014-1443

Appeal from the United States District Court for the District of Utah in No. 2:14-cv-00070-TC, Senior Judge Tena Campbell.

**ON MOTION**

PER CURIAM.

**O R D E R**

The Appellant Ivera Medical Corporation and Appellee Catheter Connections, Inc. stipulate and jointly request that this appeal be dismissed with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs and attorneys' fees.

FOR THE COURT

June 15, 2015              /s/Daniel E. O'Toole
       Date                Daniel E. O'Toole
                           Clerk of Court